[No. 2212-1.    Division One.    March 25, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. RAY NORMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 62136, Peter K. Steere, J., entered March 14, 1973. *Affirmed* by unpublished opinion per Williams, J., concurred in by Horowitz and James, JJ.

[No. 793-3.    Division Three.    March 25, 1974.]

OLD NATIONAL BANK OF WASHINGTON, *Respondent,* v. LOMAS & NETTLETON COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 208542, Raymond F. Kelly, J., entered January 4, 1973. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 849-3.    Division Three.    March 25, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES F. HALL, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 17410, Walter A. Stauffacher, J., entered February 26, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 853-3.    Division Three.    March 26, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. RALPH A. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 21124, Richard J. Ennis, J., entered March 29, 1973. *Affirmed* by unpublished per curiam opinion.